UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In Re:                                                              Chapter 7
                                                                    Case No. 20-
      EOIN COSTELLO,
                                                                    **AFFIDAVIT**
                                                    Debtor.         **AS TO NO PAYSTUBS**
-------------------------------------------------------------x

STATE OF NEW YORK    )
                                    : ss.:
COUNTY OF SUFFOLK   )

EOIN COSTELLO, being duly sworn, deposes and states as follows:

1)      That I am self-employed.

2)      That, over the last 60 days, I have not received any payment advices to submit.

                                                               EOIN COSTELLO

Sworn to before me this
29th day of January 2020

_____
Notary Public

MICHAEL J. O'SULLIVAN
Notary Public, State of New York
No. 02OS4905526
Qualified in Nassau County
Commission Expires August 19, 20 21